IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARRYL NEWKIRK                          :
                                        :
            v.                          :        CIVIL ACTION
                                        :
SUPERINTENDENT RAYMOND                  :        NO. 09-0763
LAWLER, ET AL.                          :
                                        :

**O R D E R**

    **AND NOW**, this __9th__ day of __March__, 2017, upon consideration of Petitioner's *pro se* Petition for Writ of Habeas Corpus (ECF No. 1), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED** without an evidentiary hearing; and

3. A certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**